UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALIDUS BROKER DEALER INVESTMENT MANAGEMENT COMPANY LLC,<br><br>       Plaintiff,<br><br>   -v.-<br><br>SCHMID GROUP NV,<br><br>       Defendant. | 25 Civ. 5868 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Plaintiff Validus Broker Dealer Investment Management Company LLC brought this action on July 17, 2025. *See* ECF No. 1. On November 12, 2025 Defendant Schmid Group NV moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* ECF No. 31. On December 15, 2025, Plaintiff filed an amended complaint. *See* ECF No. 39. Accordingly, Defendant's motion to dismiss, ECF No. 31, is hereby DENIED as moot. *See* ECF No. 35.

The Clerk of Court is directed to terminate ECF No. 31.

SO ORDERED.

Dated: January 13, 2026
   New York, New York

                  _____
                  JENNIFER H. REARDEN
                  United States District Judge